No. 97–8609.  GARCIA TREVINO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–8615.  BLODGETT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 97–8621.  BENAVENTA GAMEZ *v.* UNITED STATES; and
No. 97–8645.  ANTONIO DAVILA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 129 F. 3d 611 and 612.

No. 97–8622.  DAVIS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 97–8623.  DECATOR *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 97–8628.  YOUNG *v.* UNITED STATES; and
No. 97–8651.  YOUNG *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  Reported below: 134 F. 3d 365.

No. 97–8640.  BOBTAIL BEAR *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–8643.  GLASS, AKA BELLECOURT *v.* UNITED STATES. C. A. 8th Cir.  Certiorari denied.

No. 97–8650.  WULFF *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.  Certiorari denied.

No. 97–8653.  GOODWIN *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 97–8657.  THATSAPHONE *v.* WEBER, WARDEN, ET AL. C. A. 8th Cir.  Certiorari denied.

No. 97–8661.  SOTO-SILVA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 97–8663.  PEDEN *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–8664.  REESE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.